UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN LOPEZ,<br><br>                                   Petitioner,<br><br>      -against-<br><br>MARK MILLER, SUPERINTENDENT,<br><br>                                  Respondent. | NOTICE OF APPEARANCE<br><br>23 Civ. 05576 |

PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent in the above-captioned case.  It is requested that all papers be served upon counsel at the address indicated below.

Dated: Bronx, NY
       July 5, 2023

                                                    Respectfully,

                                                   DARCEL D. CLARK
                                                   District Attorney
                                                   Bronx County
                                                   198 East 161st Street
                                                   Bronx, New York  10451

                                   By: _____

                                                   DAVID M. COHN
                                                   Assistant District Attorney
                                                   (718) 838-6652