UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adrian Lopez,

                Plaintiff,

-against-

Mark Miller,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/01/2023

1:23-cv-05576 (JLR) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Having determined that this Petition under 28 U.S.C. § 2254 should not be summarily dismissed, it is hereby ORDERED that:

Within sixty days of the date of this Order, Respondent shall file and serve (1) an answer, motion, or other response to the petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file and serve any reply papers within thirty days from the date Petitioner is served with Respondent's answer.

**SO ORDERED.**

Dated:     New York, New York
             August 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge