UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN LOPEZ,

Plaintiff,

-against-

MARK MILLER,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__02/27/2024__

23-CV-05576 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order on July 5, 2023 referring the case to Magistrate Judge Aaron. *See* Dkt. No. 4. All deadlines and dates issued by Magistrate Judge Aaron likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Aaron. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 27, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge